

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00015-CR

Leopoldo Ortiz **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR10902
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 21, 2013.

_____
Luz Elena D. Chapa, Justice